Susan **ACKOFF–ORTEGA**, Cele Ackoff and Jon Ackoff, Plaintiffs–Appellants,

Richard **ROSENBLATT**, Defendant–Appellant,

v.

**WINDSWEPT PACIFIC ENTERTAIN-MENT CO.** and **EMI Virgin Music, Inc.**, Defendants–Appellees.

Nos. 01–7034(L), 01–7052(CON).

United States Court of Appeals, Second Circuit.

Sept. 26, 2002.

Frederick F. Greenman, Jr., New York, NY, for plaintiffs-appellants.

Howard Gotbetter, New York, NY, for defendant-appellant.

Scott L. Baker, Silverman Shulman & Baker P.C., New York, NY, for appellee.

Present McLAUGHLIN, CABRANES, Circuit Judges and LYNCH, District Judge.*

## SUMMARY ORDER

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment of said District Court be and hereby is **AFFIRMED**.

Plaintiffs-appellants Susan Ackoff Ortega, Cele Ackoff, and Jon Ackoff and defendant-appellant Richard Rosenblatt, timely appeal from the District Court's Opinion and Order entered October 12, 2000, and the Judgment entered October 16, 2000, which granted defendants-appellees' motion for judgment on the pleadings with prejudice and summary judgment; and the Memorandum Order, entered December 13, 2000, granting reconsideration, and substantially adhering to the District Court's prior ruling.

We affirm the judgment of the District Court substantially for the reasons stated by the Court in its Orders, *see Ackoff-Ortega, et al. v. Windswept Pacific Entertainment Co., et al.*, 130 F.Supp.2d 440 (S.D.N.Y.2000) (granting reconsideration and adhering to prior ruling); *Ackoff-Ortega, et al. v. Windswept Pacific Entertainment Co., et al.*, 120 F.Supp.2d 273 (S.D.N.Y.2000) (original ruling).

---

* The Honorable Gerard E. Lynch, of the United States District Court for the Southern District of New York, sitting by designation.